JS 44 (Rev. 08/18)

19-5100 TLB

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| WALMART, INC., et al. | PILGRIM'S PRIDE CORPORATION, et al. |

**(b)** County of Residence of First Listed Plaintiff   Benton County, Arkansas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Weld County, Colorado
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**Use Page 2 Continuation Sheet to Add More Plaintiffs and/or Defendants**
**YOU MUST LIST ALL PARTIES**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen R. Lancaster, Gary D. Marts, Jr., Eric Berger
Wright, Lindsey & Jennings LLP, 200 West Capitol Ave., Suite 2300
Little Rock, Arkansas 72201 | (501) 371-0808 (see attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government      Plaintiff | ☒ 3   Federal Question      *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government      Defendant | ☐ 4   Diversity      *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place    of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place    of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a    Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure    of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal    28 USC 157 | ☐ 376 Qui Tam (31 USC    3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Liability |    Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel &    Slander | ☐ 367 Health Care/    Pharmaceutical    Personal Injury | | **PROPERTY RIGHTS** | ☒ 410 Antitrust |
| ☐ 150 Recovery of Overpayment    & Enforcement of Judgment | ☐ 330 Federal Employers'    Liability |    Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted    Student Loans    (Excludes Veterans) | ☐ 345 Marine Product    Liability |    Injury Product    Liability | | ☐ 835 Patent - Abbreviated    New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment    of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and    Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    Product Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal    Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards    Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer    Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury -    Medical Malpractice | ☐ 380 Other Personal    Property Damage | ☐ 720 Labor/Management    Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage    Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/    Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical    Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement    Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate    Sentence | | ☐ 870 Taxes (U.S. Plaintiff    or Defendant) | ☐ 895 Freedom of Information    Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/    Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party    26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities -    Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure    Act/Review or Appeal of    Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities -    Other | **Other:**    ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of    State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration    Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee -    Conditions of    Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original    Proceeding | ☐ 2 Removed from    State Court | ☐ 3 Remanded from    Appellate Court | ☐ 4 Reinstated or    Reopened | ☐ 5 Transferred from    Another District    *(specify)* | ☐ 6 Multidistrict    Litigation -    Transfer | | ☐ 8 Multidistrict    Litigation -    Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §§ 1, 15 and 26

Brief description of cause:
Combination or conspiracy in unreasonable restraint of trade in violation of the Sherman Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $** In excess of Federal Jurisdiction

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Hon. Thomas M. Durkin (N.D. IL)      DOCKET NUMBER    16-cv-08637

DATE    5/24/2019      SIGNATURE OF ATTORNEY OF RECORD    *Eric Berger*

**PAYMENT INFORMATION**

FILING FEE TO BE PAID ☒      APPLYING IFP ☐

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
| WAL-MART STORES EAST, LP; WAL-MART STORES ARKANSAS, LLC; WAL-MART STORES TEXAS, LLC; WAL-MART LOUISIANA, LLC; SAM'S WEST, INC.; SAM'S EAST, INC., | Neal S. Manne (2017083) SUSMAN GODFREY L.L.P. 1000 Louisiana Street, Suite 5100 Houston, Texas 77002 Tel: (713) 651-8330 nmanne@susmangodfrey.com <br><br> Stephen R. Lancaster (93061) Gary D. Marts (2004116) Eric Berger (2004210) WRIGHT, LINDSEY & JENNINGS, LLP 200 West Capitol Ave., Suite 2300 Little Rock, Arkansas 72201 Tel: (501) 371-0808 slancaster@wlj.com; gmarts@wlj.com; eberger@wlj.com |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
| KOCH FOODS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KOCH MEAT CO., INC.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); HOUSE OF RAEFORD FARMS, INC.; MAR-JAC POULTRY, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; WAYNE FARMS, LLC; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; PECO FOODS, INC.; HARRISON POULTRY, INC.; FOSTER FARMS, LLC; (Continued on additional continuation sheet) | |

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
|  |  |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
| (Continued from first continuation sheet)<br><br>FOSTER POULTRY FARMS; CLAXTON POULTRY FARMS, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; AMICK FARMS, LLC; CASE FOODS, INC.; CASE FARMS, LLC; CASE FARMS PROCESSING, INC.; and AGRI STATS, INC. |  |