IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WALMART INC., et al.**                                                                 **PLAINTIFFS**

**V.**                 **CASE NO. 5:19-CV-05100**

**PILGRIM'S PRIDE CORPORATION, et al.**                   **DEFENDANTS**

## ORDER OF TRANSFER

Currently before the Court is an Unopposed Motion to Transfer Venue (Doc. 15). Plaintiffs originally filed suit in this Court because the parties' forum-selection clauses in their supplier agreements required that venue be laid in this district. Upon due consideration, the Court agrees with the parties that venue is more appropriate in the Northern District of Illinois because that court is currently handling three class action complaints and twenty-five direct action complaints that assert similar antitrust claims against the Defendants. See *In re Broiler Chicken Litig.*, No. 1:16-cv-08637 (N.D. Ill.). Accordingly, the Court finds that transferring this case to the Northern District of Illinois is proper because the case might have been brought in that district, and all parties have consented to the transfer. See 28 U.S.C. § 1404(a). Furthermore, this transfer will serve the interests of justice, promote judicial economy, and provide a judicial forum that is more convenient to the parties.

For these reasons, **IT IS ORDERED** that the Motion to Transfer Venue (Doc. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court immediately **TRANSFER** this matter to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a).

1

**IT IS SO ORDERED** on this 11th day of June, 2019.

/s/ Timothy L. Brooks
_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE