# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

WalMart, Inc., et al.

                      Plaintiff,

v.                                                    Case No.: 1:19–cv–03915

                                                            Honorable Thomas M. Durkin

Pilgrim's Pride Corporation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2020:

        MINUTE entry before the Honorable Thomas M. Durkin:Pursuant to stipulation, defendant Amick Farms, LLC is dismissed with prejudice. Amick Farms, LLC terminated.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.