UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br>Honorable Thomas Durkin |
| THIS DOCUMENT RELATES TO:<br><br>*Walmart Inc. v. Pilgrim's Pride Corp., et al.*, Case No. 19-cv-03915 | |

## ORDER DISMISSING
## CLAIMS WITH PREJUDICE OF PILGRIM'S PRIDE CORPORATION

The parties in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs Walmart Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East LP, Sam's West, Inc., Sam's East, Inc. (collectively "Walmart) and Defendant Pilgrim's Pride Corporation ("Pilgrim's Pride").

1. This Stipulation relates to *Walmart Inc., et al. v. Pilgrim's Pride Corp.*, Case No. 1:19-cv-03915, as made part of the case captioned *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv- 086317 (collectively the "Walmart Action").

2. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Walmart and Pilgrim's Pride stipulate and agree to the dismissal, with prejudice, of Walmart's claims asserted against Pilgrim's Pride (including as set forth against Pilgrim's Pride in the Amended DAP Consolidated Complaint, ECF No. 4244) with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on Walmart's claims against Defendants other than Pilgrim's Pride.

1

So Ordered  /s/ Thomas M. Durkin            Dated: October 25, 2021
United States District Judge

Dated: October 22, 2021                                    Respectfully submitted,

| SUSMAN GODFREY L.L.P. | WEIL GOTSHAL & MANGES LLP |
|---|---|
| By: /s/ Shawn J. Rabin<br>Neal S. Manne (2017083)<br>Ryan Caughey<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Phone: 713- 651-9366<br>nmanne@susmangodfrey.com<br>rcaughey@susmangodfrey.com<br><br>Shawn J. Rabin<br>Steven M. Shepard<br>Ravi P.S. Bhalla<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6023<br>Phone: 212-336-8330<br>srabin@susmangodfrey.com<br>sshepard@susmangodfrey.com<br>rbhalla@susmangodfrey.com<br><br>Terence H. Campbell<br>COTSIRILOS, TIGHE, STREICKER,<br>POULOS & CAMPBELL<br>33 N. Dearborn Street, Suite 600<br>Chicago, IL  60602<br>Phone: 312- 263-0345<br>tcampbell@cotsiriloslaw.com<br><br>*Attorneys for Walmart Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; Sam's East, Inc.* | By: /s/ Carrie C. Mahan<br>Carrie C. Mahan (#459802)<br>Christopher J. Abbott (#1014487)<br>2001 M Street N.W., Suite 600<br>Washington, D.C. 20036<br>Telephone: 202-682-7000<br>Facsimile: 202-857-0940<br>carrie.mahan@weil.com<br>christopher.abbott@weil.com<br><br>EIMER STAHL LLP<br>Michael L. McCluggage (#01820966)<br>224 South Michigan Avenue, Ste. 1100<br>Chicago, IL 60604<br>Telephone: 312-660-7665<br>Facsimile: 312-692-1718<br>mmccluggage@eimerstahl.com<br><br>*Attorneys for Defendant Pilgrim's Pride Corporation* |