UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Walmart Inc. v. Pilgrim's Pride Corp., et al.*, Case No. 19-cv-03915 | Case No. 1:16-cv-08637<br><br>Judge Thomas M. Durkin |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT HOUSE OF RAEFORD FARMS, INC.**

The parties in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiffs Walmart Inc., Wal-Mart Stores Texas, LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East LP, Sam's West, Inc., Sam's East, Inc. (collectively, "Walmart") and Defendant House of Raeford Farms, Inc. ("House of Raeford").

1. This Stipulation relates to *Walmart Inc., et al. v. Pilgrim's Pride Corp.*, Case No. 1:19-cv-03915, as made part of the case captioned *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-086317.

2. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Walmart and House of Raeford stipulate and agree to the dismissal, with prejudice, of Walmart's claims asserted against House of Raeford, with each side bearing its own attorneys' fees and costs. The Stipulation of Dismissal, with prejudice, has no bearing on Walmart's claims against Defendants other than House of Raeford.

1

So Ordered ___/s/ Thomas M Durkin___ Dated: August 13, 2025
United States District Judge

Dated: August 12, 2025

By: _____/s/_____

Neal S. Manne (2017083)
Ryan Caughey
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Phone: (713) 651-9366
nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com

Shawn J. Rabin
Steven M. Shepard
Elizabeth Aronson
Ravi P.S. Bhalla
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Phone: (212) 336-8330
srabin@susmangodfrey.com
sshepard@susmangodfrey.com
baronson@susmangodfrey.com
rbhalla@susmangodfrey.com

Terence H. Campbell
COTSIRILOS, TIGHE, STREICKER,
POULOS & CAMPBELL
33 N. Dearborn Street, Suite 600
Chicago, IL 60602
Phone: (312) 263-0345
tcampbell@cotsiriloslaw.com

*Counsel for Walmart*

Respectfully submitted,

By: _____/s/ Henry W. Jones, Jr._____

Henry W. Jones, Jr.
JORDAN PRICE WALL GRAY JONES &
CARLTON, PLLC
2710 Wycliff Road, Suite 310
Raleigh, NC 27607
Phone: (919) 831-4465
hjones@jordanprice.com

Gregory G. Wrobel
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
Phone: (312) 609-7722
gwrobel@vedderprice.com
*Attorneys for House of Raeford*